THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ERIC MARK KENYON,<br><br>                  Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>                  Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:24-CV-803 AMA<br><br>District Judge Ann Marie McIff Allen |

      Plaintiff, Eric Mark Kenyon, filed a civil-rights complaint, under 42 U.S.C.S. § 1983 (2024). (ECF No. 1 (October 23, 2024).) Based on Plaintiff's successful motion to proceed without prepaying the court filing fee, Plaintiff was required to pay an initial partial filing fee (IPFF) of $10.83. (ECF Nos. 2, 4-5.) After Plaintiff failed to pay the IPFF, the Court issued an order for Plaintiff to show cause within thirty days why this action should not be dismissed due to the failure to pay. (ECF No. 7 (December 2, 2024).) Still, Plaintiff has never paid the IPFF, nor responded to the Order to Show Cause. (ECF No. 7.)

      For Plaintiff's failure to follow the Court's orders and prosecute this case, IT IS ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

           DATED this 6th day of January, 2025.

                        BY THE COURT:

                        ANN MARIE MCIFF ALLEN
                        United States District Judge